# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CHRISTINE MARTHA LUNDGREN,**

   **Plaintiff,**

  **v.**

                                                     **Case No. 14-CV-62**

**GEETA KUTTEMPEROOR,**

   **Defendant.**

## ORDER

On January 17, 2014, the plaintiff, Christine Martha Lundgren ("Lundgren") filed a complaint against defendant, Geeta Kuttemperoor ("Kuttemperoor"). (Docket # 1.) Along with her complaint, she filed a motion to proceed *in forma pauperis*. On February 11, 2014, I issued an order denying her motion to proceed *in forma pauperis*, and I also found that her complaint as originally submitted was deficient. She was given until March 13, 2014 to pay the filing fee and file an amended complaint.

On March 7, 2014, Lundgren paid the filing fee and filed a document entitled "Amended Complaint," which is written in the form of a letter addressed to myself. This submission does not satisfy the requirements of a complaint. "The purpose of a complaint is to put the defendant on notice of the claim that is being asserted against him, her, or it . . . ." *Dominguez v. Hendley*, 545 F.3d 585, 590 (7th Cir. 2008). As I instructed Lundgren in the order denying her motion to proceed *in forma pauperis* and granting her leave to file an amended complaint, she must make clear who she is suing and what laws she is proceeding under. I will grant her leave to file a second amended complaint, which must comply with this order. In addition, I will direct the Clerk of Court's office

to provide Lundgren with a copy of "Answers to Pro Se Litigants' Common Questions." This also contains resources for retaining an attorney.

      I will grant Lundgren fourteen (14) days to file an amended complaint. In addition to complying with the above requirements, the amended complaint must bear the docket number assigned to this case (14-CV-62) and must be labeled "Amended Complaint." She must also put her complaint in proper pleadings format. The plaintiff is advised that the amended complaint replaces the prior complaints, and the amended complaint must be complete in itself, without reference to the prior complaint. Therefore, matters not set forth in the amended complaint are, in effect, withdrawn. *Duda v. Board of Educ. Of Franklin Park Public School Dist. No. 84*, 133 F.3d 1054, 1057 (7th Cir. 1998). Should the plaintiff fail to file an amended complaint within fourteen (14) days, or if her amended complaint fails to cure the deficiencies outlined above, I will dismiss this action with prejudice.

**ORDER**

**NOW, THEREFORE, IT IS ORDERED** that the plaintiff shall have until **March 24, 2014**, to file an amended complaint that complies with this Order. The plaintiff is advised that is she does not file an amended complaint by **March 24, 2014**, or if her amended complaint fails to cure the deficiencies outlined above, this case will be dismissed.

**IT IS ALSO ORDERED** that the Clerk of Court's office provide the plaintiff with a copy of "Answers to Pro Se Litigants' Common Questions."

Dated at Milwaukee, Wisconsin this 10th day of March, 2014.

BY THE COURT

s/*Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge